# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
04/17/2017
CT Log Number 531069802

**TO:** Scott Irwin, General Counsel
Corrections Corporation of America
10 Burton Hills Blvd
Nashville, TN 37215-6105

**RE:** **Process Served in California**

**FOR:** TransCor America, LLC  (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | GILBERT ARIAS, Pltf. vs. TRANSCOR AMERICA, LLC, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet, Instructions, Certificate, Notice, Attachment(s) |
| **COURT/AGENCY:** | San Bernardino County - Superior Court - San Bernardino, CA<br>Case # CIVDS1706827 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 04/14/2015 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/17/2017 at 14:39 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Thomas W. Kohler<br>APEX TRIAL LAW<br>4100 Newport Place, Ste. 800<br>Newport Beach, CA 92660<br>949-287-3509 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1Z0399EX0123033397<br><br>Image SOP |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / AY

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

4/17/17 2:39

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TRANSCOR AMERICA, LLC.; Corporations and Partnerships 1-25; and, John Does 1-25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GILBERT ARIAS

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

APR 1 2 2017

BY_____
DAISY MONDRAGON, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
247 W. Third St., San Bernardino, CA 92401

**CASE NUMBER:**
*(Número del Caso):*
CIVDS 1706827

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Thomas W. Kohler (Bar # 312552) / Ryan M. Ferrell (Bar # 258037)
APEX TRIAL LAW, A Professional Corporation
4100 Newport Place Drive, Suite 800, Newport Beach, CA 92660

Fax No.: 949-438-0033
Phone No.: 949-299-0133

DATE: APR 1 2 2017
*(Fecha)*
Clerk, by **Daisy Mondragon**, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
   TRANSCOR AMERICA, LLC.; CORPORATIONS AND PARTNERSHIPS
3. ☒ on behalf of *(specify):* AND PARTNERSHIPS
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

[SEAL] COPY

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*

APEX TRIAL LAW
A Professional Corporation
Thomas W. Kohler Bar No. 312552
tkohler@apextrial.com
Ryan M. Ferrell, Bar No. 258037
rferrell@apextriallaw.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: 949-287-3509
Fax: 949-299-0133

Matthew J. Palmer
(*pro hac vice admission pending*)
matt@palmer.legal
237 West Main Street
Mesa AZ 85201
Tel: 408-848-1411
Fax: 888-584-2040

Attorneys for Plaintiffs

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

APR 1 2 2017

BY_____
DAISY MONDRAGON, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| GILBERT ARIAS<br><br>Plaintiff,<br><br>vs.<br><br>TRANSCOR AMERICA, LLC.; Corporations and Partnerships 1-25; and, John Does 1-25<br><br>Defendants. | Case No.:    CIVDS 1706827<br><br>**COMPLAINT FOR NEGLIGENCE**<br><br>**JURY TRIAL DEMAND** |

### I.    INTRODUCTION

Gilbert Arias ("Arias" or "Plaintiff"), a resident of California, was convicted of a felony in the Superior Court of the State of California and was remanded into the custody of the California Department of Corrections to serve out a term of imprisonment. Arias was serving out his California sentence in April of 2015. During his term of incarceration, Arias was transported to several different prisons. While he was incarcerated he gained certification, experience and expertise as a welder.

1

COMPLAINT

In April of 2015, Arias was held in the custody of Transcor America, LLC. ("Transcor"). On April 14, 2015 Transcor employees placed Arias into wrist restraints for the duration of a lengthy prisoner transport. Arias immediately complained that the wrist restraints were painfully tight and requested larger restraints. Transcor employees did not grant Arias's request and the transport began. During the interstate transport, Arias's wrists became dramatically swollen. Arias's transport ended at a Transcor detention facility in Arizona after many hours of painfully constrictive confinement. Upon arrival, medical personnel evaluated Arias and noted his extensive injuries and swelling. Arias was immediately transported to California for medical treatment. The injuries to Arais' wrists resulting from the actions of Transcor's transport as well as the resulting medical treatment were and continue to be painful and debilitating.

Plaintiff brings this lawsuit to seeking compensation from Defendant for Defendant's breach of duties and interference with his rights.

## II.   THE PARTIES

### A. Plaintiff

1.     Gilbert Arias ("Plaintiff") is a resident of San Bernardino County, California and a citizen of California. While serving a California sentence of imprisonment, Plaintiff sought to better his prospects upon release by gaining experience, expertize, and certification as a welder. He completed at least 2000 hours of welding while in custody in order to achieve his certification before he was injured.

### B.     Defendant

2.     Defendant Transcor America, LLC ("Transcor") is a Limited Liability Company organized and existing under the laws of the state of Tennessee, with a principal place of business located at 646 Melrose Ave Nashville, TN 37211. Defendant, directly and through its agents, has substantial contacts with and receives substantial benefits and income from and through the State of California.

3.     Plaintiff does not know the true names or capacities of the persons or entities sued herein as DOES 1 to 25, inclusive, and therefore sues such defendants by such fictitious

names. Plaintiff is informed and believes and thereon alleges that each of the DOE defendants is in some manner legally responsible for the damages suffered by Plaintiff. Plaintiff will amend this Complaint to set forth the true names and capacities of these defendants when they have been ascertained, along with appropriate charging allegations, as may be necessary.

4.   At all times mentioned herein, Defendants, and each of them, were members of, and engaged in, a joint venture, partnership, and common enterprise, and acted within the course and scope of, and in pursuance of, said joint venture, partnership, and common enterprise.

5.   At all times mentioned herein, the acts and omissions of Defendants, and each of them, contributed to the various acts and omissions of each and all of the other Defendants in proximately causing the injuries and damages as alleged herein.

6.   At all times mentioned herein, Defendants, and each of them, ratified each and every act or omission complained of herein. At all times mentioned herein, Defendants, and each of them, aided and abetted the acts and omissions of each and all of the other Defendants in proximately causing the damages as alleged herein.

### III.   JURISDICTION AND VENUE

7.   This Court has jurisdiction over all causes of action asserted herein.

8.   Defendant and other out-of-state participants can be brought before this Court pursuant to California's "long-arm" jurisdictional statute. Defendants have purposefully availed themselves of the benefits of this forum with respect to the matters in controversy, the controversy arises out or is related to Defendants' contact with this forum, and exercising jurisdiction over Defendants would not violate notions of fair play and substantial justice. Defendants have extensive contractual dealings with the State of California regarding the housing and transport of California inmates. Defendants were paid to transport inmates from the California Department of Corrections and Rehabilitation and by so doing purposefully availed themselves of the benefits of the forum. Plaintiff was harmed when he was transported by Defendants as a California prison inmate.

9. Venue in this Court is proper pursuant to California Code of Procedure, §395(a). Since Defendants do not reside in California, this action may be tried in the county designated by Plaintiff.

## IV.   FACTS

10. In April of 2015, Plaintiff was an inmate of the California Department of Corrections.

11. On or about April 14, 2015, Plaintiff was in the custody of Transcor, still as an inmate of the California Department of Corrections. Plaintiff was transported by Transcor from Mississippi to Eloy, Arizona from about April 14, 2015, until about April 16, 2015.

12. When Plaintiff was boarded onto the bus, a Transcor employee, John Doe 1, placed wrist restraints onto Plaintiff's wrists. The wrist restraints immediately caused Plaintiff pain, since they were placed on Plaintiff too tightly.

13. Plaintiff informed John Doe 1 that the wrist restraints were too tight and that they caused him pain. Plaintiff requested that John Doe 1 replace the restraints with larger ones that would have fit Plaintiff without causing pain. John Doe 1 refused to make any changes to Plaintiff's handcuffs.

14. At another point during the trip, Plaintiff again complained to Transcor employee, John Doe 2, that his restraints were causing him pain and that his wrists had swollen into the metal of the restraints. Plaintiff again requested a larger set of wrist restraints from John Doe 2 and was denied them again.

15. At no time during the lengthy transport were the wrist restraints removed from Plaintiff for any meaningful length of time.

16. John Doe 1 and John Doe 2 acted within the scope of their employment at all times relevant to this Complaint.

17. The placement of the wrist restraints on Plaintiff injured Plaintiff. Plaintiff's injuries required medical care.

18. Plaintiff's injuries have also rendered him unable to work with his hands, causing a loss in earnings and in earning capacity.

4

## V.   CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## NEGLIGENCE

19.   Plaintiff incorporates by this reference the allegations contained in the paragraphs above as if fully set forth herein.

20.   At the time Plaintiff was harmed, he was in the custody of Transcor, and Transcor owed Plaintiff the duty of jailer/prisoner, and other common law duties.

21.   Defendants breached their duties to Plaintiff by fastening wrist restraints onto Plaintiff too tightly and/or leaving the restraints on Plaintiff for an unreasonably long time, causing harm, pain and injury to Plaintiff.

22.   Defendants' behavior constitutes oppression or malice.

23.   Defendants' breach was the direct and proximate cause of Plaintiff's injuries and Plaintiff was harmed thereby.

## SECOND CAUSE OF ACTION

## VIOLATION OF THE BANE ACT

## (CAL. CIV. CODE §52.1).

24.   Plaintiff incorporates by this reference the allegations contained in the paragraphs above as if fully set forth herein.

25.   By subjecting Plaintiff to unlawful seizure and detention, the use of excessive force, and cruel and unusual punishment, Defendants have interfered by threats, intimidation, or coercion with Plaintiff's rights secured by the Constitution of the United States and the Constitution of California.

26.   Plaintiff was harmed by Defendants' interference with his constitutional and statutory rights.

27.   By using threats, intimidation, and coercion to interfere with Plaintiffs' constitutional and statutory rights, Defendants have violated California Civil Code §52.1.

28.   Defendants' violation of California Civil Code §52.1 entitles Plaintiff to an award of attorney's fees, pursuant to §52.1(h).

## PRAYER FOR RELIEF

1. WHEREFORE, Plaintiff requests that the Court enter an order or judgment against Defendant, and each of them, as follows:

2. An award for compensatory damages in an amount to be proven at trial;

3. An award for punitive damages in an amount to be proven at trial;

4. For both pre-judgment and post-judgment interest at the maximum allowable rate on any amounts awarded;

5. For Plaintiff's costs of the proceedings herein;

6. For reasonable attorneys' fees as allowed by statute; and

7. For any and all such other and further relief that this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all claims and causes of action so triable in this lawsuit.

Dated: April 10, 2017

APEX TRIAL LAW
A Professional Corporation

By:_____
Thomas W. Kohler

Attorney for Plaintiff and the Class

7

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Thomas W. Kohler (Bar No. 312552) / Ryan M. Ferrell  (Bar # 258037)<br>APEX TRIAL LAW, A Professional Corporation<br>4100 Newport Place Drive, Suite 800, Newport Beach, CA 92660<br>TELEPHONE NO.: 949-438-0033    FAX NO.: 949-299-0133<br>ATTORNEY FOR (Name): Plaintiff and the Class | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>APR 1 2 2017<br><br>BY _____<br>DAISY MONDRAGON, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 W. Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, CA 92401
BRANCH NAME: Civil Division

CASE NAME:
ARIAS v. TRANSCOR AMERICA, LLC, et al.

| CIVIL CASE COVER SHEET<br>[X] Unlimited   [ ] Limited<br>(Amount        (Amount<br>demanded     demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>**CIVDS 1706827**<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief   c. [X] punitive
4. Number of causes of action (specify): TWO (2)
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 12, 2017

Ryan M. Ferrell
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>*LexisNexis® Automated California Judicial Council Forms* |
|---|---|---|

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)
**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*
**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

GILBERT ARIAS

CASE NO.: CIVDS 1706827

vs.

**CERTIFICATE OF ASSIGNMENT**

TRANSCOR AMERICA, LLC

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the ____Civil Division____ District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General          [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] | 1. Adoption | Petitioner resides within the district |
| [ ] | 2. Conservator | Petitioner or conservatee resides within the district. |
| [ ] | 3. Contract. | Performance in the district is expressly provided for. |
| [ ] | 4. Equity | The cause of action arose within the district. |
| [ ] | 5. Eminent Domain | The property is located within the district. |
| [ ] | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9. Mandate | The defendant functions wholly within the district. |
| [ ] | 10. Name Change | The petitioner resides within the district. |
| [X] | 11. Personal Injury | The injury occurred within the district. |
| [ ] | 12. Personal Property | The property is located within the district. |
| [ ] | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] | 14. Prohibition | The defendant functions wholly within the district. |
| [ ] | 15. Review | The defendant functions wholly within the district. |
| [ ] | 16. Title to Real Property | The property is located within the district. |
| [ ] | 17. Transferred Action | The lower court is located within the district. |
| [ ] | 18. Unlawful Detainer | The property is located within the district. |
| [ ] | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20. Other _____ | _____ |
| [X] | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

| Injury occured in this County. | | 9874 Paloma Ct. |
|---|---|---|
| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | | ADDRESS |
| Rancho Cucamonga | California | 91730 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on __April 12, 2016__ at __Newport Beach__ , California

_Signature of Attorney/Party_

## CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014

LexisNexis® Automated California County Forms

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210

CASE NO: CIVDS1706827

APEX TRIAL LAW
4100 NEWPORT PLACE DRIVE
SUITE 800
NEWPORT BEACH CA 92660

NOTICE OF TRIAL SETTING CONFERENCE
and NOTICE OF CASE ASSIGNMENT

IN RE: ARIAS -V- TRANSCOR

THIS CASE HAS BEEN ASSIGNED TO: Thomas S. Garza IN DEPARTMENT S27
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at  247 WEST THIRD STREET
SAN BERNARDINO, CA  92415-0210.

HEARING DATE: 10/12/17 at  8:30 in Dept. S27

DATE: 04/12/17  Nancy Eberhardt, Interim Court Executive Officer
By: DAISY MONDRAGON

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(✓) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 04/12/17
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 04/12/17 at San Bernardino, CA

BY: DAISY MONDRAGON



Presented by the
Judicial Council of California
And the
State Bar of California

## Introduction

Did you know that most civil lawsuits settle without a trial?

And did you know that there are a number of ways to resolve civil disputes without having to sue somebody?

These alternatives to a lawsuit are known as alternative dispute resolution (ADR). The most common forms of ADR are mediation, arbitration, and case evaluation. There are a number of other kinds of ADR as well.

In ADR, trained, impartial persons decide disputes or help parties decide disputes themselves. These persons are called neutrals. For example, in mediation, the neutral is the mediator. Neutrals normally are chosen by the disputing parties or by the court. Neutrals can help parties resolve disputes without having to go to court.

ADR is not new. ADR is available in many communities, through dispute resolution programs and private neutrals.

## Advantages of ADR

ADR can have a number of advantages over a lawsuit.

- **ADR can be speedier.** A dispute often can be resolved in a matter of months, even weeks, through ADR, while a lawsuit can take years.

- **ADR can save money.** Court costs, attorneys' fees, and expert fees can be saved.

- **ADR can permit more participation.** The parties may have more chances to tell their side of the story than in court and may have more control over the outcome.

- **ADR can be flexible.** The parties can choose the ADR process that is best for them. For example, in mediation the parties may decide how to resolve their dispute.

- **ADR can be cooperative.** This means that the parties having a dispute may work together with the neutral to resolve the dispute and agree to a remedy that makes sense to them, rather than work against each other.

- **ADR can reduce stress.** There are fewer, if any, court appearances. And because ADR can be speedier, and save money, and because the parties are normally cooperative, ADR is easier on the nerves. The parties don't have a lawsuit hanging over their heads for years.

- **ADR can be more satisfying.** For all the above reasons, many people have reported a high degree of satisfaction with ADR.

Because of these advantages, many parties choose ADR to resolve a dispute, instead of filing a lawsuit. Even when a lawsuit has been filed, the court can refer the dispute to a neutral before the parties' positions harden and the lawsuit becomes costly. ADR has been used to resolve disputes even after a trial, when the result is appealed.

## Disadvantages of ADR

ADR may not be suitable for every dispute.

- If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

- There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute

- The neutral may charge a fee for his or her services.

- If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

- Lawsuits must be brought within specified periods of time, known as statutes of limitation. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

## Three Common Types of ADR

This pamphlet describes the forms of ADR most often found in the California state courts and discusses when each may be right for a dispute.

- MEDIATION

In mediation, a neutral (the mediator) assists the parties in reaching a mutually acceptable resolution of their dispute. Unlike lawsuits or some other types of ADR, the mediator does not decide how the dispute is to be resolved. The parties do.

Mediation is a cooperative process, in which the parties work together toward a resolution that tries to meet everyone's interests, instead of working against each other, where at least one party loses. Mediation normally leads to better relations between the parties and to resolutions that hold up. For example, mediation has been very successful in family disputes, particularly with child custody and visitation.

Mediation is particularly effective when the parties have a continuing relationship, like neighbors or business people. Mediation also is very effective where personal feelings are getting in the way of a resolution. This is because mediation normally gives the parties a chance to let out their feelings and find out how each other sees things.

Mediation may not be a good idea when one party is unwilling to discuss a resolution or when one party has been a victim of the other or cannot have enough bargaining power in the mediation. However, mediation can be successful for victims seeking restitution from offenders. A mediator can meet with the parties separately when there has been violence between them.

- **ARBITRATION**

In arbitration, a neutral (the arbitrator) reviews evidence, hears arguments, and makes a decision (award) to resolve the dispute. This is very different from mediation, where the mediator helps the parties reach their own resolution. Arbitration normally is more informal and much speedier and less expensive than a lawsuit. Because of the large number of cases awaiting trial in many courts, a dispute normally can be heard much more quickly by an arbitrator than by a judge. Often a case that may take a week to try in court can be heard by an arbitrator in a matter of hours, because evidence can be submitted by documents (like medial reports and bills and business records), rather than testimony.

There are two kinds of arbitration in California. Private arbitration, by agreement of the parties involved in the dispute, takes place outside of the courts and normally, is binding. In most cases "binding" means that the arbitrator's decision (award) is final and there will not be a trial or an appeal of that decision. By contrast, a decision by an arbitrator in a case referred by the courts, known as "judicial arbitration," is not binding, unless parties agree to be bound. A party who does not like the award may file a request for trial with the court within a specified time. However, if that party does not do better in the trial than in arbitration, he or she may have to pay a penalty.

Arbitration is best for cases where the parties want a decision without the expense of a trial. Arbitration may be better than mediation when the parties have no relationship except for the dispute.

Arbitration may not be a good idea when the parties want to resolve their dispute by themselves, or with the aid of a neutral.

- **CASE EVALUATION**

In case evaluation, a neutral (the evaluator) gives an opinion on the strengths and weaknesses of each party's evidence and arguments, and makes an evaluation of the case. Each party gets a chance to present the case and hear the other side. This may lead to a settlement, or at least help the parties prepare to resolve the dispute later on.

Case evaluation, like mediation, can come early in the dispute and save time and money.

Case evaluation is most effective when someone has an unrealistic view of the dispute or when the only real issue is what the case is worth, or when there are technical or scientific questions to be worked out.

Case evaluation may not be a good idea when it is too soon to tell what the case is worth or when the dispute is about something besides money, like a neighbor playing loud music late at night.

## Additional Information

There are several other types of ADR beside mediation, arbitration, and case evaluation. Some of these are conciliation, settlement conferences, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

The selection of a neutral is an important decision. There is no legal requirement that the neutral to be licensed or hold any particular certificate. However, some programs have established qualification requirements for neutrals. You may wish to inquire about the qualifications of any neutral you are considering.

Agreements reached through ADR normally are put in writing by the neutral and, if the parties wish, may become binding contracts that can be enforced by a judge.

You may wish to seek the advice of an attorney as to your legal rights and other matters relating to the dispute.

## Whom Do You Call?

To locate a dispute resolution program or neutral in your community:

• Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-952-5210, or

• Contact the local bar association, or

• Look in the Yellow Pages under "Arbitrations" or "Mediators."

There may be a charge for services provided by private arbitrators and mediators.

Revised 01-04-12



**Superior Court of California**
**County of San Bernardino**

## CONTRACTED MEDIATION SERVICE PROVIDERS

The following mediation service providers are under contract with the County of San Bernardino to provide the listed alternate dispute resolution (ADR) services under referral by the Court at no or low cost. The contractors may also provide additional mediation services outside of their contracts with the County.

*Landlord-tenant, Unlawful Detainer, Small Claims:*

**Inland Fair Housing and Mediation Board**
Program Director: Lynne Anderson, Executive Director
City Center Building
10681 Foothill Boulevard, Suite 101
Rancho Cucamonga, CA 91730
TEL (909) 984-2254, or (800) 321-0911
FAX (909) 460-0274
WEB www.inmedbd.com

*Civil & Family Law (except custody and support):*

**Inland Valleys Justice Center**
Program Director: Kym Adams, Executive Director
1710A Plum Ln
Redlands, CA 92374
TEL (909)798-7117
TOLL FREE (877) 832-9925
FAX (877) 839-1926
WEB www.ivjc.org
EMAIL info@ivjc.org

Revised 01-04-12

## Accommodations For Persons With Disabilities Using Court Facilities

The Americans with Disabilities Act (ADA) and State law require all state and local governmental entities, including the courts to provide reasonable accommodations for the needs of persons with disabilities. The ADA benefits people who have an interest in court activities, programs and services. In 1996 the Judicial Council of California, the policy-making body for the courts, adopted California Rules of Court, rule 1.00 (former rule 989.3) to implement the ADA in the state court system.

Under the ADA, State laws, and the court rule, a person is entitled to an accommodation if he or she is an "eligible person with a disability." This means the person has a physical or mental impairment that limits one or more major life activities, has a record of such impairment, or is regarded as having such impairment.

It is the individual's responsibility to contact the court to request accommodations that would best suit his or her situation. The individual may request an accommodation by completing the Request for Accommodations by Persons with Disabilities (judicial Council Form MC-410) or by other means, and provide the request to court staff. If the individual is involved in more than one case, they must submit a separate request (MC-410form) for each case. The individual should give the court at least five working days notice whenever possible. The court may grant, modify or deny the request. The information presented will be kept confidential unless ordered released by a Judicial officer, or a written waiver of confidentiality is received from the requestor.

The court will evaluate all requests to make reasonable modifications to its policies, practices, and procedures when those modifications are necessary to avoid discriminating against a person because of a disability.

Service animals are permitted in court facilities. The ADA defines a service animal as any guide dog, signal dog, or other animal individually trained to provide assistance to an individual with a disability. Service animals may go to all areas of the court where customers are normally allowed.

For free tools that allow persons with visual disabilities to read documents in Adobe Acrobat PDF format, please visit http://www.adobe.com/enterprise/accessibility/main.html These tools convert PDF documents into either HTML or ASCII text that can be read by many screen-reading programs.

For further information and forms:

Jurors: Please contact the Jury Services Office at (909) 884-1858.

Others: Please contact the court's ADA Coordinator at sprentiss@sb-courts.org

Court employees: To request accommodation for yourself, please contact your supervisor or the Court's Personnel Department. For information on assisting court customers with Ada issues, refer to the courts intranet site www.sb-court.org

If you should have any questions or concerns regarding Americans with Disabilities, please contact Sharon Prentiss, Director of Court Administrative Services at (909) 708-8745.

Request for Accommodation Instruction Sheet (Non Fillable Form and Rule of Court 1)
http://www.sb-court.org/Portals/0/Documents/PDF/ADA/ADA-Persons-With-Disabilities-MC410QA.pdf

Request for Accommodation Form Fillable Version (MC-410)
http://www.courts.ca.gov/documents/mc410.pdf

Q&A on Rule of Court 1.100
http://www.sb-court.org/Portals/0/Documents/PDF/ADA/Requestsforaccommodationsbypersonswithdisabilities.pdf
Access and Fairness Advisory Flyer
http://www.sb-court.org/Portals/0/Documents/PDF/ADA/ProvidingDisabilityAccommodations.pdf

```
*****************************************
* Superior Court of Calif, County of  *
*                                      *
* Sn Brnd Civil                        *
*--------------------------------------*
* Receipt # 201705150148  Oper: ANTMA *
*  5/15/17 Case #     DS1706827         *
* Case Type .: CIVIL                   *
* Payment Type: CHECK                  *
* Received:            $435.00         *
*         Fee :        $435.00         *
* Change:               $0.00          *
*              - Name -                *
* ARIAS -V- TRANSCOR                   *
* UNLIMITED CIVIL FILING FEE SB1       *
*****************************************
```

**COPY**

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961
Cell: (801) 330-0463
Fax: (949) 861-7622
EthanNelsonEsq@gmail.com
www.ethannelsonlaw.com

Attorneys for Defendant Transcor America,
LLC

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY 1 2 2017

BY _____
ANTHONY MARTINEZ, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

GILBERT ARIAS,

Plaintiff,

v.

TRANSCOR AMERICA, LLC.;
Corporations and Partnerships 1-25; and
John Does 1-25,

Defendants.

CASE NO. CIVDS1706827

Judge:     Hon. Thomas Garza
Dept.:     S27

**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Date Action Filed: April 12, 2017
Trial Date:  Not Yet Set

RECITALS

WHEREAS Plaintiff GILBERT ARIAS ("Plaintiff") filed his Complaint on or about April 12, 2017;

WHEREAS Defendant TRANSCOR AMERICA, LLC ("Defendant") was served with the Complaint on or about April 17, 2017;

WHEREAS the parties are in agreement and seek to extend Defendant's time to file a responsive pleading by 30 days from the response date of May 17, 2017 to June 16, 2017.

///

///

///

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

STIPULATION

IT IS HEREBY STIPULATED AND AGREED TO by and between the parties, through counsel of record, that:

1.    Defendant's response date shall be continued from May 17, 2017 to June 16, 2017.

COUNSEL FOR ALL PARTIES HEREWITH STIPULATE AND AGREE TO ALL OF THE FOREGOING.

DATED: 5-11-17                          LAW OFFICE OF ETHAN H. NELSON

By _____
   Ethan H. Nelson
   Attorneys for Defendant TRANSCOR
   AMERICA, LLC

DATED:                                  APEX TRIAL LAW

By _____
   Thomas W. Kohler
   Ryan M. Ferrell
   Matthew J. Palmer
   Attorneys for Plaintiff GILBERT ARIAS

3333837 1

STIPULATION TO EXTEND DEADLINE TO            2
RESPOND TO COMPLAINT

STIPULATION

IT IS HEREBY STIPULATED AND AGREED TO by and between the parties, through counsel of record, that:

1.    Defendant's response date shall be continued from May 17, 2017 to June 16, 2017.

COUNSEL FOR ALL PARTIES HEREWITH STIPULATE AND AGREE TO ALL OF THE FOREGOING.

DATED:                                LAW OFFICE OF ETHAN H. NELSON


By _____
Ethan H. Nelson
Attorneys for Defendant TRANSCOR
AMERICA, LLC

DATED: May 11, 2017              APEX TRIAL LAW


By _____
Thomas W. Kohler
Ryan M. Ferrell
Matthew J. Palmer
Attorneys for Plaintiff GILBERT ARIAS

3333837.1

STIPULATION TO EXTEND DEADLINE TO                2
RESPOND TO COMPLAINT

**LAW OFFICE OF ETHAN H. NELSON**
Ethan H. Nelson (State Bar No.: 262448)
EthanNelsonEsq@gmail.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961

Facsimile: (949) 861-7122
Attorneys for Defendant
TRANSCOR AMERICA, LLC

COPY

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

MAY 16 2017

BY _____
ANTHONY MARTINEZ, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO – CIVIL DIVISION

GILBERT ARIAS,

Plaintiff,

v.

TRANSCOR AMERICA, LLC.;
Corporations and Partnerships 1-25; and
John Does 1-25,

Defendants.

CASE NO. CIVDS1706827

Judge:    Hon. Thomas Garza
Dept.:    S27

[Proposed] ORDER GRANTING
STIPULATION TO EXTEND
DEADLINE TO FILE RESPONSE TO
PLAINTIFF'S COMPLAINT;

Date Action Filed: April 12, 2017
Trial Date: Not Yet Set

The Court, having reviewed the parties' Stipulation to Extend Deadline to File Response to Plaintiff's Complaint, and finding good cause

IT IS HEREBY ORDERED that the Stipulation is GRANTED. Defendant's deadline to file its response to Plaintiff's Complaint is extended from May 17, 2017 to June 16, 2017.

DATED **MAY 16 2017** _____, 2017.

By **THOMAS GARZA** _____
Honorable Thomas Garza
Superior Court Judge

3333854.1

ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT



**112536**

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

| DATE | DESCRIPTION | CHECK TOTAL |
|---|---|---|
| 6 8-17 | *ALL FIELDS ARE REQUIRED TO BE FILLED IN<br>EMPLOYEE/AFFILIATE NAME: _Scott Hamsher / Hi-Desert Atty_<br>ORDER NUMBER: _162 4459_<br><br>PAYABLE TO: ☒ COURT CLERK   ☐ OTHER:_____<br>REASON: ☒ FILING FEE   ☐ WITNESS FEE   ☐ COPY/RESEARCH FEE<br>☐ OTHER:_____<br>NOTES: _Stip_ | 20ᵉ |

**COPY**

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961
Cell: (801) 330-0463
Fax: (949) 861-7622
EthanNelsonEsq@gmail.com
www.ethannelsonlaw.com

Attorneys for Defendant Transcor America, LLC

RECEIVED
JUN 8 2017
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
CIVIL DIVISION

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN BERNARDINO**

| | |
|---|---|
| GILBERT ARIAS,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCOR AMERICA, LLC.;<br>Corporations and Partnerships 1-25; and<br>John Does 1-25,<br><br>Defendants. | CASE NO. CIVDS1706827<br><br>Judge:    Hon. Thomas Garza<br>Dept.:    S27<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**Second Request**<br><br>Date Action Filed: April 12, 2017<br>Trial Date: Not Yet Set |

RECITALS

WHEREAS Plaintiff GILBERT ARIAS ("Plaintiff") filed his Complaint on or about April 12, 2017;

WHEREAS Defendant TRANSCOR AMERICA, LLC ("Defendant") was served with the Complaint on or about April 17, 2017;

WHEREAS the parties filed a Stipulation on May 15, 2017 to extend Defendant's time to file a responsive pleading by 30 days from May 17, 2017 to June 16, 2017, and the Court granted that Stipulation on May 16, 2017.

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

**BY FAX**

**COPY**

**LAW OFFICE OF ETHAN H. NELSON**
Ethan H. Nelson (State Bar No.: 262448)
EthanNelsonEsq@gmail.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961

Facsimile: (949) 861-7122
Attorneys for Defendant
TRANSCOR AMERICA, LLC



RECEIVED
JUN 8 2017

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
CIVIL DIVISION

**BY FAX**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO – CIVIL DIVISION

GILBERT ARIAS,

Plaintiff,

v.

TRANSCOR AMERICA, LLC.;
Corporations and Partnerships 1-25; and
John Does 1-25,

Defendants.

CASE NO. CIVDS1706827

Judge:     Hon. Thomas Garza
Dept.:     S27

**[Proposed] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

**Second Request**

Date Action Filed: April 12, 2017
Trial Date:  Not Yet Set

The Court, having reviewed the parties' Stipulation to Extend Deadline to File Response to Plaintiff's Complaint, and finding good cause

IT IS HEREBY ORDERED that the Stipulation is GRANTED. Defendant's deadline to file its response to Plaintiff's Complaint is extended from June 16, 2017 to July 17, 2017.

DATED _____, 2017.

By _____
Honorable Thomas Garza
Superior Court Judge

3345786.1
ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

**COPY**

**LAW OFFICE OF ETHAN H. NELSON**
Ethan H. Nelson (State Bar No.: 262448)
EthanNelsonEsq@gmail.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961

Facsimile: (949) 861-7122
Attorneys for Defendant
TRANSCOR AMERICA, LLC

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

JUN 15 2017

BY _____
ANTHONY MARTINEZ, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO – CIVIL DIVISION

| | |
|---|---|
| GILBERT ARIAS,<br><br>                                    Plaintiff,<br><br>            v.<br><br>TRANSCOR AMERICA, LLC.;<br>Corporations and Partnerships 1-25; and<br>John Does 1-25,<br><br>                                    Defendants. | CASE NO. CIVDS1706827<br><br>Judge:        Hon. Thomas Garza<br>Dept.:        S27<br><br>[Proposed] **ORDER GRANTING**<br>**STIPULATION TO EXTEND**<br>**DEADLINE TO FILE RESPONSE TO**<br>**PLAINTIFF'S COMPLAINT**<br><br>**Second Request**<br><br>Date Action Filed: April 12, 2017<br>Trial Date:  Not Yet Set |

The Court, having reviewed the parties' Stipulation to Extend Deadline to File Response to Plaintiff's Complaint, and finding good cause

IT IS HEREBY ORDERED that the Stipulation is GRANTED. Defendant's deadline to file its response to Plaintiff's Complaint is extended from June 16, 2017 to July 17, 2017.

DATED ___**JUN 15 2017**___, 2017.


By _____**THOMAS GARZA**_____
Honorable Thomas Garza
Superior Court Judge

3345786.1
ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

Order #:   1664872-01



an online attorney service

Page 1 of 1
Date Printed: 7/12/2017   11:20AM
District: Chino Hills Headquarters
Employee: Benjamin Larson
Phone: 909-664-9577
Fax: 866-606-7799

Vendor: Hi-Desert Attorney Service
Date Ordered: 7/12/17  10:41 am

## Urgent
## File By: Wed, Jul 12 3:00 PM

### Court Filing, # 1664872-01

Billing Code: CoreCivic

| | | |
|---|---|---|
| Jurisdiction: | Central Civil and Probate Division | Customer: |
| Address: | 247 W. 3rd St., San Bernardino | |
| County: | San Bernardino | Order |
| State: | CA | Placed by: |
| Case #: | civds1706827 | |
| Case Name: | Arias, Gilbert v. Transcor America, LLC | |

Portal
RECEIVED JUL 1 2 2017

**Special Instructions:**

PLEASE ADVANCE COURT FEES.

**Notes to Field Agent:**

**Person or Entity to Serve:**          **Capacity:**

**Documents**                                          PageCount

| 1 | Stipulation and Order | 3 | Upload |
|---|---|---|---|

**RAPID LEGAL**

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

113079

| DATE | DESCRIPTION | CHECK TOTAL |
|------|-------------|-------------|
| 7-12-17 | *ALL FIELDS ARE REQUIRED TO BE FILLED IN<br>EMPLOYEE/AFFILIATE NAME: Scott Hamsher / Hi-Desert Abby<br>ORDER NUMBER: 1664872-01<br>PAYABLE TO: ☒ COURT CLERK  ☐ OTHER:_____<br>REASON: ☒ FILING FEE  ☐ WITNESS FEE  ☐ COPY/RESEARCH FEE<br>☐ OTHER:_____<br>NOTES: Stip & order | 20² |

**COPY**

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961
Cell: (801) 330-0463
Fax: (949) 861-7622
EthanNelsonEsq@gmail.com
www.ethannelsonlaw.com

Attorneys for Defendant Transcor America,
LLC

RECEIVED
JUL 12 2017
SUPERIOR COURT
SAN BERNARDINO COUNTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| GILBERT ARIAS,<br><br>                             Plaintiff,<br><br>        v.<br><br>TRANSCOR AMERICA, LLC.;<br>Corporations and Partnerships 1-25; and<br>John Does 1-25,<br><br>                             Defendants. | CASE NO. CIVDS1706827<br><br>Judge:      Hon. Thomas Garza<br>Dept.:      S27<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**Third Request**<br><br>Date Action Filed: April 12, 2017<br>Trial Date:  Not Yet Set |

**BY FAX**

RECITALS

WHEREAS Plaintiff GILBERT ARIAS ("Plaintiff") filed his Complaint on or about April 12, 2017;

WHEREAS Defendant TRANSCOR AMERICA, LLC ("Defendant") was served with the Complaint on or about April 17, 2017;

WHEREAS the parties filed a Stipulation on June 8, 2017 to extend Defendant's time to file a responsive pleading by 30 days from June 16, 2017 to July 17, 2017, and the Court granted that Stipulation on June 15, 2017.

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

**COPY**

**LAW OFFICE OF ETHAN H. NELSON**
Ethan H. Nelson (State Bar No.: 262448)
EthanNelsonEsq@gmail.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961

Facsimile: (949) 861-7122
Attorneys for Defendant
TRANSCOR AMERICA, LLC

**RECEIVED**

**JUL 12 2017**

**SUPERIOR COURT**
**SAN BERNARDINO COUNTY**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN BERNARDINO – CIVIL DIVISION**

| | |
|---|---|
| GILBERT ARIAS,<br><br>                        Plaintiff,<br><br>     v.<br><br>TRANSCOR AMERICA, LLC.;<br>Corporations and Partnerships 1-25; and<br>John Does 1-25,<br><br>                  Defendants. | CASE NO. CIVDS1706827<br><br>Judge:    Hon. Thomas Garza<br>Dept.:    S27<br><br>**[Proposed] ORDER GRANTING<br>STIPULATION TO EXTEND<br>DEADLINE TO FILE RESPONSE TO<br>PLAINTIFF'S COMPLAINT**<br><br>**Third Request**<br><br>Date Action Filed: April 12, 2017<br>Trial Date: Not Yet Set |

**BY FAX**

The Court, having reviewed the parties' Stipulation to Extend Deadline to File Response to Plaintiff's Complaint, and finding good cause

IT IS HEREBY ORDERED that the Stipulation is GRANTED. Defendant's deadline to file its response to Plaintiff's Complaint is extended from July 17, 2017 to August 16, 2017.

DATED _____, 2017.

By _____
      Honorable Thomas Garza
      Superior Court Judge

3360133

ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT



Order #:    1664872-01

**RAPID LEGAL**
*an online attorney service*

Page 1 of 1
Date Printed: 7/12/2017  11:20AM
District: Chino Hills Headquarters
Employee: Benjamin Larson
Phone: 909-664-9577
Fax: 866-606-7799

Vendor: Hi-Desert Attorney Service
Date Ordered: 7/12/17  10:41 am

Bin When Filed
Please

**Urgent**
**File By: Wed, Jul 12 3:00 PM**

**Court Filing, # 1664872-01**

Billing Code: CoreCivic

| | | |
|---|---|---|
| Jurisdiction: | Central Civil and Probate Division | Customer: |
| Address: | 247 W. 3rd St., San Bernardino | |
| County: | San Bernardino | Order |
| State: | CA | Placed by: |
| Case #: | civds1706827 | |
| Case Name: | Arias, Gilbert v. Transcor America, LLC | |

RECEIVED
JUL 1 2 2017
SAN SUPERIOR COURT
SAN BERNARDINO COUNTY

Special Instructions:                    Notes to Field Agent:

PLEASE ADVANCE COURT FEES.

Person or Entity to Serve:                Capacity:
**Documents**                                          PageCount

1    Stipulation and Order                                    3    Upload

**COPY**

LAW OFFICE OF ETHAN H. NELSON
Ethan H. Nelson, CA Bar #262448
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961
Cell: (801) 330-0463
Fax: (949) 861-7622
EthanNelsonEsq@gmail.com
www.ethannelsonlaw.com

Attorneys for Defendant Transcor America, LLC

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

JUL 1 2 2017

BY _____
ANTHONY MARTINEZ, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| GILBERT ARIAS,<br><br>                              Plaintiff,<br><br>        v.<br><br>TRANSCOR AMERICA, LLC.;<br>Corporations and Partnerships 1-25; and<br>John Does 1-25,<br><br>                              Defendants. | CASE NO. CIVDS1706827<br><br>Judge:    Hon. Thomas Garza<br>Dept.:    S27<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**Third Request**<br><br>Date Action Filed: April 12, 2017<br>Trial Date:  Not Yet Set |

RECITALS

WHEREAS Plaintiff GILBERT ARIAS ("Plaintiff") filed his Complaint on or about April 12, 2017;

WHEREAS Defendant TRANSCOR AMERICA, LLC ("Defendant") was served with the Complaint on or about April 17, 2017;

WHEREAS the parties filed a Stipulation on June 8, 2017 to extend Defendant's time to file a responsive pleading by 30 days from June 16, 2017 to July 17, 2017, and the Court granted that Stipulation on June 15, 2017.

STIPULATION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

**COPY**

**LAW OFFICE OF ETHAN H. NELSON**
Ethan H. Nelson (State Bar No.: 262448)
EthanNelsonEsq@gmail.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 229-0961

Facsimile: (949) 861-7122
Attorneys for Defendant
TRANSCOR AMERICA, LLC

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

JUL 1 4 2017

BY _____
ANTHONY MARTINEZ, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO – CIVIL DIVISION

GILBERT ARIAS,

Plaintiff,

v.

TRANSCOR AMERICA, LLC.;
Corporations and Partnerships 1-25; and
John Does 1-25,

Defendants.

CASE NO. CIVDS1706827

Judge:      Hon. Thomas Garza
Dept.:      S27

**[Proposed] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

**Third Request**

Date Action Filed: April 12, 2017
Trial Date:  Not Yet Set

The Court, having reviewed the parties' Stipulation to Extend Deadline to File Response to Plaintiff's Complaint, and finding good cause

IT IS HEREBY ORDERED that the Stipulation is GRANTED.  Defendant's deadline to file its response to Plaintiff's Complaint is extended from July 17, 2017 to August 16, 2017.

DATED **JUL 1 4 2017** , 2017.

By _____
**THOMAS GARZA**
Honorable Thomas Garza
Superior Court Judge

3360133

ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT