WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gilbert Arias,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Transcor America LLC, et al.,<br><br>　　　　　Defendants. | No. CV-17-02995-PHX-DLR (ESW)<br><br>**ORDER** |

Pending before the Court is Plaintiff's "Request for Leave to File Second Amended Complaint" (Doc. 51). Defendant has not responded. *See* LRCiv 7.2(i). For good cause shown,

**IT IS ORDERED** granting Plaintiff's "Request for Leave to File Second Amended Complaint" (Doc. 51). In accordance with LRCiv 15.1(a), Plaintiff must file and serve the Second Amended Complaint under Federal Rule of Civil Procedure 5 within fourteen days of the date of this Order.

Dated this 27th day of April, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Eileen S. Willett
　　　　　　　　　　　　　　　　　United States Magistrate Judge